# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| TOWER ACCESS GROUP, LLC | : | No. 325 WAL 2018 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| THE SOUTH UNION TOWNSHIP | : | |
| ZONING HEARING BOARD | : | |
| | : | |
| | : | |
| PETITION OF: SOUTH UNION | : | |
| TOWNSHIP | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 11th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.